**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

KIRAN VUPPALA,

                  Plaintiff,

       -against-

64 GREENWICH RESTAURANT LLC, *a New York limited liability company doing business as* THE MEATBALL SHOP; WALTER BESSER, *an individual*,

                  Defendants.

------------------------------------- x



ORDER

19 Civ. 4218 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: February 5, 2020
        New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge